ACCEPTED
01-15-00572-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 6:08:58 AM
CHRISTOPHER A. PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 5872226
By: RONETTA WEJEN
Filed: 6/29/2015 11:33:52 PM

CAUSE NO. 2013-41593

| | | |
|---|---|---|
| PREDISTELL ROBINSON AND<br>MAENETTA ROBINSON<br><br>*Plaintiffs,*<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL<br>INSURANCE COMPANY AND<br>DONAL JAMES WILKINS<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br><br><br><br>HARRIS COUNTY, TEXAS<br><br><br><br>80TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 6:08:58 AM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

To the Honorable District Judge:

1. Defendants Progressive County Mutual Insurance Company and Donald James Wilkins file this Notice of Appeal pursuant to Tex. R. App. P. 25.1(c) and 26.1(a).

2. The 80th District Court of Harris County, Texas, signed a Final Judgment on May 29, 2015, in Cause No. 2013-41593 in favor of plaintiffs Predistell Robinson and Maenetta Robinson and against defendants Progressive County Mutual Insurance Company and Donald James Wilkins.

3. No timely post-judgment motion was filed.

4. From the Final Judgment entered on May 29, 2015; the granting of plaintiffs' First Amended Motion to Tax Attorney's Fees as Costs; and from all other related adverse rulings entered against them in Cause No. 2013-41593, defendants Progressive County Mutual Insurance Company and Donald James Wilkins desire to appeal to the First or

Fourteenth Court of Appeals, sitting in Houston, based on the designation by the Harris County District Clerk.

5.    This appeal is from a final judgment and therefore this is NOT an accelerated appeal.

6.    An unofficial copy of the Final Judgment entered on May 29, 2015, is attached.

Respectfully Submitted,

MILLS SHIRLEY L.L.P.

By:    */s/ George W. Vie III*
        George W. Vie III
State Bar No. 20579310
*gvie@millsshirley.com*
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
(713) 571-4232
Fax (713) 893-6095

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2015, a true and correct copy of this document was served by e-service on opposing counsel:

John Riley Friesell
*john.friesell@sbcglobal.net*
Friesell Westerlage, PLLC
The Niels Esperson Building
808 Travis St., 24th Floor
Houston, Texas 77002

Attorney for Plaintiffs

4819-8710-6853, v. 1

| | | |
|---|---|---|
| PREDISTELL ROBINSON AND MAENETTA ROBINSON | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND DONAL JAMES WILKINS | § § § § | |
| *Defendants.* | § § | 80TH JUDICIAL DISTRICT |

## APPENDIX IN SUPPORT OF

## NOTICE OF APPEAL

MILLS SHIRLEY L.L.P.

By: ___*/s/ George W. Vie III*___
     George W. Vie III
State Bar No. 20579310
*gvie@millsshirley.com*
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
(713) 571-4232
Fax (713) 893-6095

ATTORNEYS FOR
DEFENDANTS/APPELLANTS

# Appendix – Exhibit A

NO. 2013-41593

| | | |
|---|---|---|
| PREDISTELL ROBINSON, AND MAENETTA ROBINSON, PLAINTIFFS, | § § § § | IN THE DISTRICT COURT OF |
| V. | § § | HARRIS COUNTY, TEXAS |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, AND DONALD JAMES WILKINS DEFENDANTS | § § § § § | 80TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

On August 18, 2014, this case was called for trial. Plaintiff Predistell Robinson appeared in person and announced ready for trial. Plaintiff Maenetta Robinson appeared through counsel and announced ready for trial. Defendants Progressive County Mutual Insurance Company and Donald James Wilkins appeared in person and announced ready for trial.

After a jury was impaneled and sworn, it heard the evidence and arguments of counsel. In response to the jury charge, the jury made findings that the Court received, filed, and entered of record. The questions submitted to the jury and the jury's findings are attached as Exhibit A and incorporated by reference. Plaintiffs filed a motion for judgment notwithstanding the verdict.

The Court hereby RENDERS judgment for Plaintiffs.

1. Accordingly, the Court orders that Plaintiffs recover the following from Progressive County Mutual Insurance Company.

   a. Actual damages in the amount of $26,000.00.



FILED
Chris Daniel
District Clerk

MAY 29 2015

Time: 4:00pm
Harris County, Texas
By_____ A.C.
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

b. Pre-judgment interest on the actual damages awarded at the rate of 18% from April 30, 2012 until the date of this judgment, in the amount of $14,270.79.

c. Court costs.

d. Reasonable and necessary attorney fees taxed as court costs under Texas Insurance Code § 542.060(b) in the amount of $39,650.

e. Post-judgment interest on all of the above at the rate of 5% compounded annually, from the date this judgment is entered until all amounts are paid in full.

2. This judgment finally disposes of all claims and parties, and is appealable.

Signed on ____May 29____, 2015.

JUDGE PRESIDING

Unofficial Copy Office of Chris Daniel District Clerk